# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Chantel Maire McKinney**

Case Number:  **2:12CR00465**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **August 3, 2015**

Original Offense: **Conspiracy**

Original Sentence: **28 Months prison, followed by 36 Months TSR**

Date Supervision Commenced: **October 13, 2017**

## SUMMARY

Ms. McKinney commenced supervised release in the Central District of California. On September 27, 2018, the U.S. Probation Office received a request from the Central District of California Probation Office as Ms. McKinney was requesting to travel to Havana, Cuba, from October 9, 2018, to October 17, 2018 for employment purposes.

According to the letter, Ms. McKinney was hired as a make-up artist. The undersigned requested travel information and verification as to who the employer was. Documentation received on October 1, 2018, only provided 2 days of employment and no information as to employer. This writer contacted the Central District of California and advised the probation office that our office required to know more about her travel as she was requesting 9 days of travel and only 2 days of employment. The assigned officer advised this writer Ms. McKinney was trying to get the information requested but was not certain when she would have it.

To date, no information has been received by our office as to employment and travel. The Central District of California states Ms. McKinney is compliant at this time. However, the U.S. Probation Office, Las Vegas Division, does not have the appropriate documentation to allow the offender to travel. At this time, we are submitting this request in order for Your Honor to be aware of the situation and give Your Honor the opportunity to respond if the Court desires that Ms. McKinney be allowed to travel.

**RE: Chantel Maire McKinney**

Respectfully submitted,

_____
Margarita Hernandez Powell
U.S. Probation Officer

Approved:

_____
Benjamin B. Johnson, Supervisory
U.S. Probation Officer

---

*THE COURT ORDERS*

☐      Requested Travel is Approved

**X**     Requested Travel is Denied without prejudice to the ability of Ms. McKinney to renew the request if she can provide proper information about the

☐      Other      employer.

_____
Signature of Judicial Officer

_____10/9/2018_____
Date